# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 5:17-po-00124-JLT |
| Plaintiff, | ) ORDER RE: DISMISSAL |
| v. | ) |
| JOSHUA R. RODRIGUEZ, | ) |
| Defendant. | ) |

Upon oral motion by the Government on August 29, 2017, Violation 6379522 as to Joshua A. Rodriguez is DISMISSED with prejudice. The collateral paid by the defendant SHALL be refunded.

IT IS SO ORDERED.

Dated: **September 1, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1